**ANDERSON v. KENOSHA AUTO TRANSP.**
**Inc., et al.**
**Civ. No. 745.**

District Court, D. Minnesota, Fifth Division.
Nov. 7, 1946.

Meagher & Geer, of Minneapolis, Minn., for plaintiffs.

Freeman and King, of Minneapolis, Minn., and Hunt, Palmer & Hood, of Duluth, Minn., for defendant in support of said motion.

Abbott, MacPherran, Dancer & Montague, and Harry C. Applequist, all of Duluth, Minn., for the said Hilmer Carlson, in opposition to said motion.

DONOVAN, District Judge.

The reasons for the ruling in this case are the same as set forth in the Memorandum in the case of Anderson v. Kenosha Auto Transport, Inc., 6 F.R.D. 265.